# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 1, 2008

134069

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

GENERAL MOTORS CORPORATION,
      Plaintiff-Appellee,

v

ROYAL & SUN ALLIANCE INSURANCE
GROUP PLC,
         Defendant,

and

ROYAL & SUN ALLIANCE USA, INC.,
ROYAL INDEMNITY COMPANY, and
ROYAL INSURANCE COMPANY OF
AMERICA, f/k/a ROYAL GLOBE
INSURANCE COMPANY,
         Defendants-Appellants.

SC: 134069
COA: 267308
Oakland CC: 05-063863-CK

_____/

      On order of the Chief Justice, a stipulation signed by counsel for the parties agreeing to the dismissal of this application for leave to appeal is considered, and the application for leave to appeal is DISMISSED with prejudice and without costs.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 1, 2008

Clerk

p0731